**Order entered March 17, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00076-CR

**JAMES LOYD BANKSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 31508CC**

## ORDER

The State's March 13, 2015 motion to extend time to file a brief is **GRANTED**, and the

brief received on March 13, 2015 is **ORDERED** filed as of this date.

/s/    MOLLY FRANCIS
        JUSTICE